United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA J. NEGLEY, | No. C08-3690 JCS |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| JUDICIAL COUNCIL OF CA., ET AL., | |
| Defendant. | |

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated: August 12, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA J.NEGLEY, | Case Number: CV08-03690 JCS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| JUDICIAL COUNCIL OF CA et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Joseph Clapp
Herron & Herron
18360 Sonoma Hwy
Sonoma, CA 95476-4328

Dated: August 12, 2008

*Karen L. Hom*
Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk