```
 1  JOSEPH CLAPP (State Bar No. 99194)
    HERRON & HERRON
 2  18360 Sonoma Highway
    Sonoma, California 95476
 3  (707) 933-4430
    FAX (707) 933-4431
 4
    Attorneys for Plaintiff
 5  PAULA J. NEGLEY

 6

 7  IAN P. FELLERMAN (State Bar No. 119725)
    JOAN PUGH NEWMAN (State Bar No. 148562)
    WILEY PRICE & RADULOVICH, LLP
 8  1301 Marina Village Parkway, Suite 310
    Alameda, California 94501
 9  (510) 337-2810
    FAX (510) 337-2811
10
    Attorneys for Defendants
11  JUDICIAL COUNCIL OF CALIFORNIA
    and ADMINISTRATIVE OFFICE OF
12  THE COURTS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

| PAULA J. NEGLEY, | Case No.: CV 08 3690 MHP |
|---|---|
| Plaintiff, | **STIPULATION REGARDING MEDIATION DATE; AND [~~PROPOSED~~] ORDER THEREON** |
| v. | |
| JUDICIAL COUNCIL OF CALIFORNIA and ADMINISTRATIVE OFFICE OF THE COURT, | |
| Defendants. | |

    IT IS HEREBY STIPULATED AND AGREED by Plaintiff Paula Negley and Defendants Judicial Council of California and Administrative Office of the Courts, through their respective counsel of record, that the mediation in this action shall occur on May 5, 2009. This Stipulation is based on the grounds that Plaintiff's deposition is scheduled for April 8, 2009, and May 5, 2009 is the next date thereafter available on the calendars of the parties' counsel and the

1

mediator. The ADR program's mediator, Daniel Bowling, has agreed to May 5, 2009 as the mediation date in this action. The mediation date will not impact the date of the Case Management Conference since the Case Management Conference is not scheduled until June 8, 2009.

HERRON & HERRON

Date: March 11, 2009        By: _____/s/_____
                                JOSEPH CLAPP

                            Attorney for Plaintiff
                            PAULA J. NEGLEY

WILEY PRICE & RADULOVICH, LLP

Date: March 11, 2009        By: _____/s/_____
                                IAN P. FELLERMAN
                                JOAN PUGH NEWMAN

                            Attorneys for Defendants
                            JUDICIAL COUNCIL OF CALIFORNIA and
                            ADMINISTRATIVE OFFICE OF THE COURTS

**ORDER**

Based on the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED that the mediation in this action shall occur on May 5, 2009.

DATED: March 12, 2009

_____
Hon. Marilyn Hall Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

# PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

**STIPULATION REGARDING MEDIATION DATE; AND [PROPOSED] ORDER THEREON**

☐ **Facsimile** by transmitting via facsimile on this date from fax number (510) 337-2811 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing pursuant to California Code of Civil Procedure §1013(e). The transmitting fax machine complies with California Code of Civil Procedure §1013(e).

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below pursuant to California Code of Civil Procedure §1013(a). I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **Messenger** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ **Personal Delivery** by personally hand delivering the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below pursuant to California Code of Civil Procedure §1011.

☐ **Overnight Delivery** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express service carrier for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below pursuant to California Code of Civil Procedure §1013(c). A copy of the consignment slip is attached to this proof of service.

Joseph Clapp
Herron & Herron
18360 Sonoma Highway
Sonoma, California 95476
Tel. No.: (707) 933-4430
Fax No.: (707) 933-4431

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on March 11, 2009 at Alameda, California.

/s/
Eileen O'Rourke

Wiley Price & Radulovich, LLP      Proof of Service      Case No. CV 08 3690 MHP