**JOSEPH CLAPP, ESQ. (State Bar No. 099194)**
**HERRON & HERRON**
18360 Sonoma Highway
Sonoma, CA 95476
Telephone: (707) 933-4430
Facsimile: (707) 933-4431
E-Mail: joeclapp@herron-herron.com

Attorneys for Plaintiff PAULA J. NEGLEY

**IAN P. FELLERMAN, ESQ. (State Bar No. 119725)**
**JOAN PUGH NEWMAN, ESQ. (State Bar No. 148562)**
**WILEY PRICE & RADULOVICH, LLP**
1301 Marina Village Parkway, Suite 310
Alameda, CA 94501
Telephone: (510) 337-2810
Facsimile: (510) 337-2811
E-Mail: ifellerman@wprlaw.com

Attorneys for Defendants JUDICIAL COUNSEL OF
CALIFORNIA and ADMINISTRATIVE OFFICE OF
THE COURTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA J. NEGLEY,<br><br>Plaintiff,<br><br>vs.<br><br>JUDICIAL COUNCIL OF CALIFORNIA and ADMINISTRATIVE OFFICE OF THE COURT,<br><br>Defendants. | No. CV 08-3690 MHP<br><br>**STIPULATION EXTENDING MEDIATION DATE; AND [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Paula Negley and Defendants Judicial Council of California and Administrative Office of the Courts, through their respective counsel of record, that the mediation in this action shall occur on or before July 6, 2009. This Stipulation is made on the grounds that the mediator, Daniel Bowling, took the May 5, 2009 mediation off calendar after he conferred with counsel and concluded that said mediation

would not be timely, and Mr. Bowling then instructed the parties to file this Stipulation obtaining an extension of the mediation deadline.

DATED: May 15, 2009          HERRON & HERRON

By: /s/
JOSEPH CLAPP, ESQ.
Attorneys for Plaintiff,
PAULA J. NEGLEY

DATED: May 15, 2009          WILEY, PRICE & RADULOVICH

By: /s/
IAN FELLERMAN, ESQ.
JOAN PUGH NEWMAN, ESQ.
Attorneys for Defendants
JUDICIAL COUNCIL OF CALIFORNIA
AND ADMINISTRATIVE OFFICE OF THE
COURTS

### ORDER

Based on the parties' Stipulation, and for good cause shown, IT IS HEREBY ORDERED that the mediation in this action shall occur on or before July 6, 2009.

DATED: May 19, 2009

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT JUDGE