1  JOSEPH CLAPP, ESQ. (State Bar No. 099194)
   HERRON & HERRON
2  18360 Sonoma Highway
   Sonoma, CA  95476
3  Telephone:  (707) 933-4430
   Facsimile:  (707) 933-4431
4  E-Mail: joeclapp@herron-herron.com

5  Attorneys for Plaintiff PAULA J. NEGLEY

6  IAN P. FELLERMAN, ESQ. (State Bar No. 119725)
   JOAN PUGH NEWMAN, ESQ. (State Bar No. 148562)
7  WILEY PRICE & RADULOVICH, LLP
   1301 Marina Village Parkway, Suite 310
8  Alameda, CA  94501
   Telephone:  (510) 337-2810
9  Facsimile:  (510) 337-2811
   E-Mail: ifellerman@wprlaw.com
10
   Attorneys for Defendants JUDICIAL COUNSEL OF
11 CALIFORNIA and ADMINISTRATIVE OFFICE OF
   THE COURTS
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PAULA J. NEGLEY, | No. CV 08-3690 MHP |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION EXTENDING MEDIATION DATE; AND [PROPOSED] ORDER THEREON |
| JUDICIAL COUNCIL OF CALIFORNIA and ADMINISTRATIVE OFFICE OF THE COURT, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Paula Negley and Defendants Judicial Council of California and Administrative Office of the Courts, through their respective counsel of record, that the mediation in this action shall occur on or before July 22, 2009. This Stipulation is made on the grounds that parties and the mediator, Daniel Bowling, conferred and agreed that the mediation should take place after plaintiff files an amended

1  complaint, which she expects to file by July 3, 2009, and after a deposition that has been
2  scheduled to take place on July 16, 2009. The parties and the mediator have agreed on the July
3  22 date for the mediation.

4  DATED: June 25, 2009                         HERRON & HERRON

6                                               By:        /s/
7                                                  JOSEPH CLAPP, ESQ.
                                                   Attorneys for Plaintiff,
8                                                  PAULA J. NEGLEY

9  DATED: June 25, 2009                         WILEY, PRICE & RADULOVICH

11                                              By:        /s/
12                                                 IAN FELLERMAN, ESQ.
                                                   JOAN PUGH NEWMAN, ESQ.
13                                                 Attorneys for Defendants
                                                   JUDICIAL COUNCIL OF CALIFORNIA
14                                                 AND ADMINISTRATIVE OFFICE OF THE
                                                   COURTS

## ORDER

Based on the parties' Stipulation, and for good cause shown, IT IS HEREBY ORDERED that the mediation in this action shall occur on or before July 22, 2009.

DATED: June 26, 2009

_____
HON.                    PATEL
                        COURT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

# PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

**STIPULATION EXTENDING MEDIATION DATE; AND [PROPOSED] ORDER THEREON**

☐ **Facsimile** by transmitting via facsimile on this date from fax number (510) 337-2811 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. Service by fax was made by agreement of the parties, confirmed in writing pursuant to California Code of Civil Procedure §1013(e). The transmitting fax machine complies with California Code of Civil Procedure §1013(e).

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below pursuant to California Code of Civil Procedure §1013(a). I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **Messenger** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

☐ **Personal Delivery** by personally hand delivering the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below pursuant to California Code of Civil Procedure §1011.

☐ **Overnight Delivery** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express service carrier for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below pursuant to California Code of Civil Procedure §1013(c).

Joseph Clapp
Herron & Herron
18360 Sonoma Highway
Sonoma, California 95476
Tel. No.: (707) 933-4430
Fax No.: (707) 933-4431

I declare under penalty of perjury under the United States of America that the above is true and correct. Executed on June 25, 2009 at Alameda, California.

/s/
Eileen O'Rourke

Wiley Price & Radulovich, LLP

Proof of Service

Case No. CV 08 3690 MHP
E-filing