1   **JOSEPH CLAPP, ESQ. (State Bar No. 099194)**
    **KUMIN SOMMERS LLP**
2   870 Market St., Suite 428
    San Francisco, CA  94102
3   Telephone:  (415) 434-4500
    Facsimile:  (415) 434-8453
4   E-Mail:  joseph@kuminsommers.com

5   Attorneys for Plaintiff
    PAULA J. NEGLEY
6

7   **IAN P. FELLERMAN, ESQ. (State Bar No. 119725)**
    **JOAN PUGH NEWMAN (State Bar No. 148562)**
8   **WILEY PRICE & RADULOVICH, LLP**
    1301 Marina Village Parkway, Suite 310
9   Alameda, CA 94501
    Telephone:  (510) 337-2810
10  Facsimile:  (510) 337-2811

11  Attorneys for Defendants
    JUDICIAL COUNCIL OF CALIFORNIA
12  and ADMINISTRATIVE OFFICE OF
    THE COURTS

13

14

15                   UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

18  PAULA J. NEGLEY,                    | No. CV 08-3690 MHP

19             Plaintiff,

    vs.                                 | **Stipulation Extending Mediation**
20                                      | **Date; [Proposed] Order**
    JUDICIAL COUNCIL OF CALIFORNIA
21  and ADMINISTRATIVE OFFICE OF THE
    COURT,
22
               Defendants.
23

24

25          IT IS HEREBY STIPULATED AND AGREED by Plaintiff Paula Negley and by

26  Defendants Judicial Council of California and Administrative Office of the Courts, through their

27  respective counsel of record, that a mediation in this action shall occur on June 7, 2010.  This

28  stipulation is based on the ground that defendants have filed a motion for summary judgment in

this matter and plaintiff does not believe that it is at all likely that any settlement negotiations will be productive until after the court rules on this motion.  The ADR program's mediator, Daniel Bowling, agrees, and he has scheduled the date of June 7. 2010 as the mediation date in this matter.

The mediation date will not affect the dates of the pretrial conference, which is scheduled for July 14, 2010, or the trial, which is scheduled for July 20, 2010.

DATED:  April 2, 2010                           KUMIN SOMMERS LLP


                                                By:  _____/s/_____
                                                      Joseph Clapp, Esq.
                                                      Attorneys for Plaintiff

DATED:  April 2, 2010                           WILEY PRICE & RADULOVICH, LLP


                                                By:  _____/s/_____
                                                      Ian P. Fellerman, Esq.
                                                      Attorneys for Defendants

## <u>ORDER</u>

Based on the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED that a mediation in this action shall occur on June 7, 2010.


DATE: April _5_, 2010

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA