JOSEPH CLAPP
KUMIN SOMMERS LLP
870 Market Street, Suite 428
San Francisco, California 94102
(415) 434-4500
FAX (415) 434-8453

Attorneys for Plaintiff
PAULA J. NEGLEY


IAN P. FELLERMAN (State Bar No. 119725)
JOAN PUGH NEWMAN (State Bar No. 148562)
WILEY PRICE & RADULOVICH, LLP
1301 Marina Village Parkway, Suite 310
Alameda, California 94501
(510) 337-2810
FAX (510) 337-2811

Attorneys for Defendants
JUDICIAL COUNCIL OF CALIFORNIA
and ADMINISTRATIVE OFFICE OF
THE COURTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| PAULA J. NEGLEY, | Case No.: CV 08 3690 MHP |
| Plaintiff, | REVISED STIPULATION EXTENDING MEDIATION DATE; AND [PROPOSED] ORDER |
| v. | |
| JUDICIAL COUNCIL OF CALIFORNIA and ADMINISTRATIVE OFFICE OF THE COURT, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Paula Negley and Defendants Judicial Council of California and Administrative Office of the Courts, through their respective counsel of record, that a mediation in this action shall occur on June 24, 2010. This Stipulation is based on the ground that the Court has not yet issued an Order regarding Defendants' motion for summary judgment, and Plaintiff's counsel believes that the mediation

1

1 | will not be productive until after the Court rules on the summary judgment motion. The ADR
2 | program's mediator, Daniel Bowling, agrees and he has scheduled June 24, 2010 as the
3 | mediation date in this matter.

    The mediation date will not affect the July 14, 2010 pretrial conference or the July 20, 2010 trial date.

Date: June 10, 2010

KUMIN SOMMERS

By: /s/
JOSEPH CLAPP

Attorneys for Plaintiff
PAULA J. NEGLEY

Date: June 10, 2010

WILEY PRICE & RADULOVICH, LLP

By: /s/
IAN P. FELLERMAN
JOAN PUGH NEWMAN

Attorneys for Defendants
JUDICIAL COUNCIL OF CALIFORNIA and
ADMINISTRATIVE OFFICE OF THE COURTS

## ORDER

Based on the parties' Stipulation and for good cause shown, IT IS HEREBY ORDERED that the mediation in this action shall occur on June 24, 2010

DATED: June 18, 2010

Hon. Marilyn H. Patel
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

2

Wiley Price & Radulovich, LLP | Revised Stipulation Extending Mediation Date; and [Proposed] Order | Case No. CV 08 3690 MHP

## PROOF OF SERVICE

I am a citizen of the United States, employed in the County of Alameda, California, over the age of 18 years, and am not a party to the within-entitled action. My business address is 1301 Marina Village Parkway, Suite 310, Alameda, California 94501. On the date set forth below, I served the following document(s) by the method indicated below:

**REVISED STIPULATION EXTENDING MEDIATION DATE;
AND [PROPOSED] ORDER**

☐ **Facsimile** by transmitting via facsimile on this date from fax number (510) 337-2811 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ **First Class Mail** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Alameda, California addressed as set forth below. I am readily familiar with the business practice at Wiley Price & Radulovich, LLP for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **Messenger** by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the address(es) set forth below.

☐ **Personal Delivery** by personally hand delivering the document(s) listed above in a sealed envelope(s) to the person(s) at the address(es) set forth below.

☐ **Overnight Delivery** by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express service carrier for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

Joseph Clapp
Kumin Sommers LLP
870 Market Street, Suite 428
San Francisco, California 94102
Tel. No.: (415) 434-4500
Fax No.: (415) 434-8453

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on June 11, 2010 at Alameda, California.

/s/
Eileen O'Rourke