UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAULA J. NEGLEY,

        Plaintiff,

vs.

JUDICIAL COUNCIL OF CALIFORNIA and ADMINISTRATIVE OFFICE OF THE COURTS,

        Defendant(s).

No. C 08-03690 MHP

**JUDGMENT**

    This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly granting summary judgment in favor of defendants,

    IT IS ORDERED AND ADJUDGED that defendant's motion for summary judgment is GRANTED and the action is DISMISSED in its entirety.

DATED: June 21, 2010

                                  MARILYN HALL PATEL
                                  United States District Court
                                  Northern District of California

**ENDNOTES**